■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN HOWARD, Appellant. [769 NYS2d 749]—Application by the appellant for a writ of error coram nobis to vacate a decision and order of this Court, dated September 11, 2000 (*People v Howard,* 275 AD2d 721 [2000]), affirming a judgment of the Supreme Court, Westchester County, rendered September 28, 1998, on the ground of ineffective assistance of counsel.

Ordered that the appellant is granted leave to serve and file a brief on the issue of whether his convictions of criminal use of a firearm in the first degree, criminal possession of a weapon in the first degree, and criminal possession of a weapon in the second degree were supported by legally sufficient evidence; and it is further,

Ordered that pursuant to County Law § 722 the following named attorney is assigned as counsel to prosecute the application: Joshua Siegel, Esq.15 Gray Rock Avenue, Hartsdale, New York, 10530; and it is further,

Ordered that assigned counsel shall prosecute the application expeditiously in accordance with this Court's rules (*see* 22 NYCRR 670.1 *et seq.*) and written directions; and it is further,

Ordered that the application is held in abeyance in the interim. S. Miller, J.P., Friedmann, Luciano and Schmidt, JJ., concur.